**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHERITA SMITH,**                                                                                      **PLAINTIFF**

**v.**                                  **NO. 4:09CV00383 JMM/BD**

**MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,**                                                            **DEFENDANT**

## JUDGMENT

In accordance with the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this  19 day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE